**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1409**

ODESSA GHEE,

             Plaintiff – Appellant,

      v.

GOODWILL INDUSTRIES,

             Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:09-CV-00251-JFM)

Submitted: August 26, 2009        Decided: September 1, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Odessa Ghee, Appellant Pro Se.   Kelly Culp Hoelzer, Darrell
Robert VanDeusen, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odessa Ghee appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ghee v. Goodwill Indus., No. 1:09-cv-00251-JFM (D. Md. Mar. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED